### BALSINEUR vs. BILLS.

APPEAL from the court of the third district.

PORTER, J. delivered the opinion of the court. This action is against the curator of a minor, to render an account and pay over the balance in his hands. It was commenced in

the court of probates; but the judge of that court having a knowledge of the facts which required his testimony as a witness, he recused himself; and the case, by consent of parties, was transferred to the district court.

After trial here, and verdict, the defendant filed a plea to the jurisdiction of the court, which the judge sustained, and ordered the case to be dismissed.

This case has been argued before us as presenting the same question with several others heretofore decided in this court, on the provisions of our old code; and under which we held, that where the parties permitted judgment to be rendered in the district court, and execution to issue on them, the proceedings were not void. These decisions were predicated upon the fact that the district court did not want jurisdiction *ratione materiæ*, but from the situation or condition of the parties representing the succession, and that such defect of power could be cured by consent.

But by the provisions of our code of practice it is expressly declared, that the court of probates *shall alone* have the power to try causes such as that before us. The expressions being negative of the authority of any other tribunal, we are of opinion that the consent of

the parties cannot confer it.  *Code of prac-*

*tice,* 997,  998,  999.

We think, however, the judge erred in dis-
missing the cause.   It was well brought in the
first instance, and should have been sent back
to the tribunal from whence it came.  The
law which disqualified  the judge of probates
because he was a  witness,  has been repealed
at the  last session  of the legislature, and the
case can now be tried in the court where it ori-
ginated·  *Acts of* 1828, *p.* 152, *sec.* 5.

It is therefore  ordered,  adjudged  and  de-
creed, that the judgment of the district court be
annulled, avoided and reversed; and it is fu-
ther ordered, adjudged,  and decreed, that the
cause be remanded to the district court,  with
directions to the  judge to transfer the same to
the court  of  probates of East Baton Rouge;
and that the appellee pay the costs of  this ap-
peal.

*Preston* for the plaintiff.